**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

Frederick M. Heon, Jr.

        Plaintiff,

                v.                1:20-cv-00195-MSM-PAS

Michael Cunningham
ET AL.

        Defendants.

**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Judgment is hereby entered pursuant to this Court's Order of September 24, 2021.

    It is so ordered.

October 1, 2021            By the Court:

                          /s/ Hanorah Tyer-Witek
                          Clerk of Court